NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINE BALDRIDGE
(DOING BUSINESS AS INVENTORY DISCOUNT PRINTERS),**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-6001

---

On appeal from the Government Accountability Office, Contract Appeals Board no. 11-72994.

---

**ON MOTION**

---

**ORDER**

Christine Baldridge moves the court to correct and supplement the certified list. The Government Printing Office opposes. Baldridge also moves the court to stay the case until resolution of her motion or in the alternative grant a 21-day extension of time to file her brief.

This court's review is based upon the record of evidence that was before the Contract Appeals Board. *See*

Fed. R. App. P. 10(a)(1). Baldridge has not shown that the alleged missing documents were part of the record in the proceedings below. We cannot accept new evidence on appeal and are limited to the record before the Contract Appeals Board.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to correct and supplement the certified list is denied.

(2) The motion to stay the case is denied. The motion for an extension of time to file Baldridge's brief is granted to the extent that her brief is due 21 days after the date of this order.

FOR THE COURT

AUG 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christine Baldridge
     A. Bondurant Eley, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK